# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-9079 MRW | Date | August 31, 2015 |
|---|---|---|---|
| Title | Villegas v. Colvin | | |

Present: The Honorable    Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL OF SOCIAL SECURITY APPEAL

The Court previously granted the motion of Plaintiff's attorney to withdraw from this action. (Docket # 19.) The Court further ordered Plaintiff to either (a) retain a new lawyer promptly or (b) provide the government with his portion of the required joint submission regarding the merits of this case.

According to the Court's docket and the government's recent filing, neither of these has occurred. (Docket # 20.) As a result, the government cannot respond to Plaintiff's claims, and the Court cannot fairly adjudicate this action.

Therefore, Plaintiff is ordered to show cause why this action should not be dismissed. Plaintiff may discharge this order by filing: (i) a statement (not to exceed 5 pages excluding exhibits) by or before September 21, 2015, addressing the issues set forth above; and (ii) Plaintiff's summary judgment submission. If no timely response is filed, the Court will likely dismiss the action under Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with this Court's order.