# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN ANDREW VILLEGAS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 14-9079 MRW<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

    The Court dismisses the action with prejudice for failure to prosecute and for failure to respond to Court orders.

* * *

    This is a pro se social security appeal. Plaintiff Villegas challenges the denial of his application for Social Security disability benefits.

    Plaintiff was represented by an attorney when he filed his complaint in December 2014. (Docket # 3.) However, Plaintiff's attorney moved to withdraw before serving the government with Plaintiff's portion of the required joint submission regarding the merits of this case. (Docket # 16.) After a hearing at

which Plaintiff, his lawyer, and the government's lawyer failed to attend, the Court granted the attorney's motion to withdraw from this case. (Docket # 19.) In the order, the Court gave Plaintiff until August 17: to (1) retain another attorney or (2) serve the government with his portion of the joint submission. (Id.) The Court's order further warned that if Plaintiff "failed to take either step, the government may file a notice of non-compliance and request summary dismissal of the action under Federal Rule of Civil Procedure 41." (Id.)

After the deadline passed, the government filed a status report indicating that Plaintiff had not retained another attorney or served his portion of the joint submission on the government. (Docket # 20.) The Court subsequently issued an order to show cause why the action should not be dismissed. (Docket # 21.) In the order, the Court warned Plaintiff that it would dismiss his case if he failed to file a response addressing the attorney and joint submission issues by September 21. (Id.) Plaintiff failed to file any response to the OSC.

\* \* \*

Rule 41(b) provides that if a plaintiff "fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Dismissal also may be ordered by the Court sua sponte. Link v. Wabash R.R., 370 U.S. 626, 629-30 (1962). Dismissal of a civil action under Rule 41 may be appropriate to advance the public's interest in the expeditious resolution of litigation, the court's need to manage its docket, and to avoid the risk of prejudice to defendants. Omstead v. Dell, Inc., 594 F. 3d 1081, 1084 (9th Cir. 2010). Additionally, a court should consider the public policy favoring disposition of cases on their merits and the availability of less drastic alternatives in its evaluation. Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988).

In the present action, the Court finds dismissal is appropriate. Plaintiff failed to appear at the hearing on his attorney's motion to withdraw from the case.

1  The Court gave Petitioner ample opportunity to find another attorney or, in the
2  alternative, serve the government with his portion of the required joint submission.
3  Moreover, the Court issued an OSC that gave Plaintiff the chance to explain his
4  inaction.  Plaintiff's failure to respond to any of the Court's orders demonstrates
5  that he has no interest in advancing the action here.
6       By contrast, the Court, the defense, and the public have a strong interest in
7  terminating this action.  This is particularly true given that Plaintiff effectively
8  abandoned his case by not responding to the Court's orders or serving the
9  government with his arguments on the merits of his appeal.  The Court finds that
10 dismissal is appropriate under Rule 41(b) and Local Rule 41-6.  Furthermore,
11 because Plaintiff is a pro se litigant who did not abide by the Court's recent order,
12 no sanction short of dismissal will be effective in moving this case forward.
13 Carey, 856 F.2d at 1440.
14      Accordingly, for the above reasons, this action is DISMISSED with
15 prejudice.
16      IT IS SO ORDERED.

Date: October 1, 2015

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE